# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

160832

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NOEL ANTHONY NAPPER,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160832
COA: 350398
Washtenaw CC: 08-000199-FC;
  08-000441-FC; 08-000442-FC

On order of the Court, the application for leave to appeal the November 19, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



b1214

Clerk